IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIMMER US, INC. and<br>BIOMET MANUFACTURING, LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>CONFORMIS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 19-2093 (RGA)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

IT IS HEREBY STIPULATED pursuant to agreement by and among the parties to this action through their counsel that the above-captioned action (including without limitation all claims and counterclaims asserted in the action) be and hereby is dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All parties' claims and counterclaims are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| */s/ Brian P. Egan* | */s/ Karen L. Pascale* |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com | Karen L. Pascale (#2903)<br>Robert M. Vrana (#5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>rvrana@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this  29  day of May, 2020.

                                              /s/ Richard G. Andrews
                                       UNITED STATES DISTRICT JUDGE